UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br>     NAPOLEON L. CALIGUIRAN, <br>     (S.S.N. ###-##-0437), <br><br>               Debtor(s) | Case No.: 05-55415 ASW <br><br> **Notice of Change of Mailing Address** |

The undersigned, hereby notifies the Court and the Trustee of their new mailing address:
    _Napoleon L. Caliguiran_____
    _3718 Stonehedge Way_____
    _San Ramon, CA 94582_____
    _____

                                                          By: _/s/ Robert E. Savage_____
                                                              Robert E. Savage
                                                              Attorney for the Debtor(s)