```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re | ) | Chapter 13 |
| | ) | |
| NAPOLEON L CALIGUIRAN | ) | Case Number  05-55415 ASW |
| | ) | |
| | ) | **NOTICE OF PLAN COMPLETION** |
| | ) | **AND REQUEST FOR DISCHARGE** |
| Debtor(s) | ) | |

The Standing Trustee herein represents that the Chapter 13 Plan proposed by the debtor(s) herein, and as confirmed by the Court has been completed by the debtor(s) and all plan distributions required to be disbursed by the Standing Trustee have been made. The debtor should be granted a discharge.

**THEREFORE**, the Standing Trustee requests the Court enter a discharge order pursuant to 11 U.S.C. §1328(a).

Dated: Oct 16, 2008

/S/ Devin Derham-Burk, Trustee

Notice of Plan Completion and Request for Discharge 05-55415 AS