ROBERT E SAVAGE

Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA. 95150
(408)354-1345 FAX:(408)354-5513

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:
NAPOLEON L CALIGUIRAN
3718 STONEHEDGE WY                              CASE NO. 05-5-5415ASW
SAN RAMON CA
            94582
    DEBTOR(S)

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
                    AND APPLICATION TO DISCHARGE TRUSTEE
--------------------------------------------------------------------------------

This case was commenced on Aug 31, 2005.
The case was concluded on Oct  2, 2008.

THE SUBJECT CASE HAS BEEN COMPLETED.

    Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.

RECEIPTS:
Amount paid to Trustee by the Debtor for benefit of creditors. $   17100.00

DEVIN DERHAM-BURK TRUSTEE            8.00         8.00            .00              .00
CLAIM NO. 0013      CLASSIFICATION: NOTICING FEES (TRUST % ALLOWED: 100.00

ALLIED INTERSTATE                     .00          .00            .00       NOT FILED
CLAIM NO. 0004      CLASSIFICATION: UNSECURED         % ALLOWED: 100.00

AMERICAN EXPRESS                 2,218.61      2218.61            .00              .00
CLAIM NO. 0002      CLASSIFICATION: UNSECURED         % ALLOWED: 100.00

AMERICAN EXPRESS                      .00          .00            .00       NOT FILED
CLAIM NO. 0003      CLASSIFICATION: UNSECURED         % ALLOWED: 100.00

EARLE LAW OFFICES                1,411.60      1411.60            .00              .00
CLAIM NO. 0006      CLASSIFICATION: UNSECURED         % ALLOWED: 100.00

ECAST SETTLEMENT CORPORAT        1,684.40      1684.40            .00              .00
CLAIM NO. 0005      CLASSIFICATION: UNSECURED         % ALLOWED: 100.00

ECAST SETTLEMENT CORPORAT        6,143.78      6143.78            .00              .00
CLAIM NO. 0007      CLASSIFICATION: UNSECURED         % ALLOWED: 100.00

ECAST SETTLEMENT CORPORAT        1,725.02      1725.02            .00              .00
CLAIM NO. 0009      CLASSIFICATION: UNSECURED         % ALLOWED: 100.00

FRANCHISE TAX BOARD                   .00          .00            .00       NOT FILED

```
CLAIM NO. 0001         CLASSIFICATION: NOTICE ONLY              % ALLOWED:     .00

MBNA AMERICA                              .00           .00           .00     NOT FILED
CLAIM NO. 0008         CLASSIFICATION: UNSECURED                % ALLOWED: 100.00

MBNA AMERICA                              .00           .00           .00     NOT FILED
CLAIM NO. 0010         CLASSIFICATION: UNSECURED                % ALLOWED: 100.00

WELLS FARGO CARD SERVICES         1,284.40         1284.40           .00            .00
CLAIM NO. 0011         CLASSIFICATION: UNSECURED                % ALLOWED: 100.00

WELLS FARGO CARD SVCS                     .00           .00           .00     NOT FILED
CLAIM NO. 0012         CLASSIFICATION: UNSECURED                % ALLOWED: 100.00

SUMMARY OF CLAIMS ALLOWED AND PAID:
              SECURED         PRIORITY         GENERAL          SPECIAL            TOTAL
AMT ALLOWED       .00             8.00        14467.81              .00         14475.81
PRIN PAID         .00             8.00        14467.81              .00         14475.81
INT PAID          .00              .00             .00              .00              .00

RETURNED TO THE DEBTOR:           .00

OTHER DISBURSEMENT UNDER ORDER OF COURT:
DEBTOR'S ATTORNEY                       FEE ALLOWED             FEE PAID
ROBERT E SAVAGE                            1300.00              1300.00

COURT COSTS AND
OTHER EXPENSES     FILING FEE    NOTICING FEE    TRUSTEE FEE
OF ADMINISTRATION       .00             .00         1324.19
```

    Devin Derham-Burk, Trustee herein, has submitted her Final Report and Account showing that all required distributions have been duly made.

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

```
                                        /S/ DEVIN DERHAM-BURK
DATED: Nov 13, 2008                     _____
                                        #104353
                                        DEVIN DERHAM-BURK TRUSTEE
```