```
Entered on Docket
November 20, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



```
IT IS SO ORDERED.
Signed November 19, 2008

                    Arthur S. Weissbrodt
                    U.S. Bankruptcy Judge
```

```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  P O Box 50013
    San Jose, CA  95150-0013
 3
    Telephone:  (408) 354-4413
 4  Facsimile:  (408) 354-5513

 5  Trustee for Debtor(s)

 6

 7

 8              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
 9                    SAN JOSE DIVISION

10

11  In Re:                       )   Chapter 13
                                 )
12  NAPOLEON L CALIGUIRAN        )   Case No. 05-55415 ASW
                                 )
13                               )
                                 )
14          Debtor(s)            )
                                 )
15

16                      FINAL DECREE

17

18  The estate of the above named debtor(s) has been fully

19  administered.

20

21  IT IS ORDERED THAT:

22  Devin Derham-Burk is discharged as Trustee of the estate of the

23  above named debtor(s) and the bond is cancelled.

24

25                   *** END OF ORDER ***

26

27

28                                      Final Decree 05-55415 ASW
```